NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION

---

EURAND, INC. (NOW KNOWN AS APTALIS PHARMATECH, INC.), CEPHALON, INC., AND ANESTA AG,

*Plaintiffs- Appellees,*

v.

IMPAX LABORATORIES, INC.,

*Defendant-Appellant,*

AND

MYLAN INC. AND MYLAN PHARMACEUTICALS INC.,

*Defendants-Appellees,*

AND

PAR PHARMACEUTICAL INC., AND TWI PHARMACEUTICALS INC.,

*Defendants.*

---

2012-1280

---

Appeal from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

Mylan Inc. et al. (Mylan) move to reform the caption. Eurand, Inc. et al. oppose.

The clerk's office reformed the caption on April 17 to reflect that Mylan is an appellee. As an appellee, Mylan may make arguments in support of the ruling on review. Disputes concerning Mylan's possible arguments on the merits may be raised in the briefs, if appropriate.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

**MAY 0 3 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Debra J. McComas, Esq.
John R. Lane, Esq.
James W. Wallace, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2012

JAN HORBALY
CLERK